UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE RUIZ GARCIA-CARRILLO,<br><br>                    Defendant. | CASE NO.:  20-CR-3127-JLS<br><br>ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Garcia's Motion Hearing/Trial Setting currently scheduled for November 13, 2020, be continued to December 11, 2020 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  November 10, 2020

Hon. Janis L. Sammartino
United States District Judge